1

2

3

4

5

6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

7

8

9

10

11

12

13

14

| JAY W. HERMANN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>AETNA LIFE INSURANCE COMPANY; THE BOEING COMPANY EMPLOYEE HEALTH AND WELFARE BENEFIT PLAN; THE BOEING COMPANY; and DOES 1-10, inclusive;<br><br>Defendants. | Case No. CV14-09302-JAK(PJWx)<br><br>**JUDGMENT**<br><br>**JS-6**<br><br>Judge: Hon. John A. Kronstadt<br>Ctrm.: 750 (Roybal) |
|---|---|

15

16      TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF

17  RECORD:

18      Pursuant to the joint Notice of Partial Settlement, (Docket No. 36), which

19  notified the Court that all issues other than Plaintiff's entitlement to attorney fees

20  and costs had been resolved, and the subsequent Order of the Court re attorney fees

21  and costs, (Docket No. 51), judgment shall be entered in favor of Jay W. Hermann

22  ("Plaintiff") and against Defendant Aetna Life Insurance Company ("Aetna") as

23  follows:

24      1.    On September 8, 2015, Plaintiff filed a motion for attorney fees and

25  costs. (Docket No. 40.)

26      2.    The Court ruled on November 23, 2015, that Plaintiff was entitled to

27  $42,500.00 in attorney fees and $400 in costs.

28      3.    Therefore, the Court orders judgment in favor of Plaintiff and against

---

**Complaint**

1    Aetna in the amount of $42,900.

2        4.     Plaintiff will file a dismissal with prejudice as to Defendant The

3    Boeing Company Employee Health and Welfare Benefit Plan and Defendant The

4    Boeing Company (collectively "the Boeing Defendants").

5

6    IT IS SO ORDERED.

7

8    DATED: December 14, 2015      _____

                                       Hon. John A. Kronstadt

9                                          United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

law offices of christian j. garris
633 west fifth street, 28th floor
los angeles, california 90071
tel 213.624.2900
fax 213.624.2901

**Judgment**